IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00826-WDM-CBS

VANGUARD CAR RENTAL USA, INC.,

    Plaintiff,

v.

TRENT DAL PONTE,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the plaintiff's motion for sanctions.  In accordance with my August 22, 2005 order, the parties have filed pleadings addressing my jurisdiction to impose sanctions and whether sanctions should indeed be imposed.  I conclude that I do have inherent jurisdiction to impose sanctions after remand.  *Willy v. Coastal Corp.*, 503 U.S. 131, 138 (1992).

    Addressing the issue of sanctions, defendant's motion for stay was frivolous under existing law and provides no non-frivolous argument for modifying or changing that law; hence, the motion violated Fed. R. Civ. P. 11(c).  Further, as demonstrated by its exhibits, plaintiff gave defendant ample opportunity to withdraw its motion prior to my ruling and I conclude that defendant's ignoring of the safe-harbor opportunity afforded pursuant to Rule 11(c)(1) justifies imposition of liability for plaintiff's reasonable expenses and attorneys' fees incurred in opposing the motion to stay.

    Accordingly, it is ordered that plaintiff is entitled to its costs and attorneys' fees in

responding to the motion for stay.  If the parties cannot agree as to the amount, plaintiff shall submit its application for fees and expenses in accordance with D.C.COLO.LCiv.R 54.3 and my Pretrial and Trial Procedures, § 7.

DATED at Denver, Colorado, on September 23, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge